IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EDWIN HULL,

    Petitioner,               No. CIV S-07-0966 RRB DAD P

    vs.

JAMES WALKER, WARDEN, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 22, 2007, this court ordered petitioner to submit an in forma pauperis affidavit or submit the appropriate filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner has only filed a copy of a year-old trust account statement. Accordingly, petitioner will be provided another opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hull0966.101a(2)